IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>JO KIAN D/B/A RETAIL FASHION OUTLET,<br><br>                Defendant. | Case No. 20-cv-01342<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Maria Valdez** |

## STATUS REPORT

Pursuant to this Court's Order [19], Plaintiff Tommy Hilfiger Licensing LLC ("Plaintiff") submits the following status report.

Plaintiff has charged Defendant Jo Kian d/b/a Retail Fashion Outlet ("Defendant") with claims related to trademark counterfeiting. [1]. On March 5, 2020 this Court granted Plaintiff's Motion for Expedited Discovery. [15]. Plaintiff served the Order on third parties and received additional identifying information for Defendant. An Amended Complaint, which included the additional identifying information about the Defendant, was filed on May 1, 2020. [20]. The summons was issued in this case on May 5, 2020. Plaintiff is in the process of serving the Amended Complaint and summons on the Defendant.

| | |
|---|---|
| Dated this 18th day of May 2020. | Respectfully submitted,<br><br>/s/ Justin R. Gaudio<br>Amy C. Ziegler<br>Justin R. Gaudio<br>RiKaleigh C. Johnson<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>rjohnson@gbc.law<br><br>*Attorneys for Plaintiff* Tommy Hilfiger Licensing LLC |