IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC, | |
| Plaintiff, | Case No. 20-cv-01342 |
| v. | **Judge Virginia M. Kendall** |
| JO KIAN D/B/A RETAIL FASHION OUTLET, | **Magistrate Judge Maria Valdez** |
| Defendant. | |

## CONSENT JUDGMENT

Plaintiff Tommy Hilfiger Licensing LLC ("Tommy Hilfiger") filed a Complaint against Defendant Jo Kian d/b/a Retail Fashion Outlet ("Defendant" or "Retail Fashion") on February 24, 2020. [1]. An Amended Complaint was filed on May 1, 2020 alleging claims of willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*). [20]. Tommy Hilfiger and Defendant have resolved all claims arising from the allegations in the Amended Complaint.

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendant since Defendant directly targets its business activities toward consumers in the United States, including Illinois. Specifically, Defendant has targeted sales to Illinois residents by operating a fully interactive and commercial Internet store that offers to sell and has sold products using infringing and counterfeit versions of Tommy Hilfiger's federally registered trademarks ("TOMMY HILFIGER Trademarks") to residents of Illinois, including the online store at

1

ebay.com/str/retailfashionoutlet. THIS COURT FURTHER FINDS that Tommy Hilfiger owns the following U.S. trademark registrations ("Tommy Hilfiger Trademarks") for the goods and services listed below ("Covered Products"):

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,398,612 | TOMMY HILFIGER | For: clothing for men and women: namely, shirts, pants, jackets, sweaters, shorts, belts, vests, sport jackets, coats, rain coats, parkas in class 025. |
| 1,738,410 | TOMMY HILFIGER | For: clothing for men, namely, shirts, sweaters, pants, sweatshirts, shorts, sport jackets, parkas, bathing suits, vests in class 025.<br><br>For: retail clothing store services in class 042. |
| 2,389,024 | TOMMY | For: clothing for men, women and children, namely, t-shirts, sweatshirts, sweaters, jackets, coats, jeans, and caps in class 025. |
| 2,475,142 | TOMMY | For: full line of apparel and headwear in class 025. |
| 3,164,348 | HILFIGER | For: clothing, namely, shirts, t-shirts, sweatshirts, sweaters, shorts, sweatpants, blazers, pants, jeans, suits, vests, jackets, coats, parkas, ponchos, swimwear, swim trunks, rainwear, wind resistant jackets, underwear, belts, hats, caps, scarves, boxer shorts, shoes, boots, sneakers, sandals, and gloves in class 025. |
| 1,460,988 | [logo] | For: clothing for men and women, namely, shirts, pants, jackets, sweaters, shorts, belts, vests, sport jackets, coats, rain coats, parkas in class 025. |

| | | |
|---|---|---|
| 1,727,740 | | For: clothing for men namely, shirts, sweaters, sportcoats, pants, sweatshirts, shorts, sport jackets, raincoats, parkas, overcoats, bathing suits, vests, turtlenecks; clothing for boys, namely, shirts, sweaters, sportcoats, pants, sweatshirts, shorts, sport jackets, parkas, bathing suits, vests in class 025.<br><br>For: retail clothing store services in class 042. |
| 4,745,262 | TOMMY ■ HILFIGER | For: soaps; perfumery; colognes; toilet water; perfumes, fragrances for personal use; lotions for skin care; antiperspirants; deodorants for personal use in 003.<br><br>For: optical goods, namely, spectacles, spectacle glasses, sunglasses, eyeglass cases and sunglasses cases, carrying cases and holders for portable computers and mobile phones, magnetic coded cards, namely, gift cards in class 009.<br><br>For: jewelry, namely, bracelets, necklaces, rings, earrings, cufflinks, horological and chronometric instruments, namely, watches, wrist watches, straps for wrist watches in class 014.<br><br>For: all purpose sports bags and athletic bags; overnight bags; book bags; tote bags; travelling bags; backpacks; handbags; luggage; suitcases; purses; briefcases; travel bags; duffel bags and beach bags, school bags; garment bags for travel; overnight cases, clutch bags; travel kit bags sold empty; suitcases with wheels attached; billfolds; wallets, pocket wallets, change purses, coin purses, credit card cases of leather; leather credit card wallets; name card cases; cosmetic cases sold empty; leather cases for cosmetics sold empty; umbrellas in class 018.<br><br>For: fabrics and textile goods, namely, household linen, bed linen, bath linen, bed |

|  |  | sheets, pillow shams, pillow cases, bed blankets, comforters, quilts, bedspreads, bed covers, duvet covers, duvets, dust ruffles, mattress covers, towels, bath towels, beach towels, face cloths, shower curtains, handkerchiefs in class 024.<br><br>For: clothing for men, women and children and infants, namely, shirts, golf shirts, t-shirts, polo shirts, knit tops, woven tops, sweatshirts, tank tops, sweaters, blouses, jerseys, turtlenecks, shorts, sweatpants, warm-up suits, blazers, sport coats, trousers, jeans, skirts, dresses, suits, overalls, jumpers, vests, jackets, coats, raincoats, parkas, ponchos, swimwear, bikinis, swim trunks, overcoats, rainwear, wind resistant jackets, sleepwear, pajamas, bathrobes, underwear, lingerie, boxer shorts, belts made of leather, ties; headgear, namely, hats, wool hats, caps, visors, headbands, ear muffs; scarves, shawls, cloth bibs; footwear, gym shoes, sneakers, socks, hosiery, shoes, boots, beach shoes, sandals, slippers, gloves, suspenders; layettes in class 025.<br><br>For: retail department store services, online retail department store services, online retail outlet services featuring perfumery, cosmetics, clothing, footwear, headgear, textile goods, goods made of leather or imitation of leather, bags, eyewear, jewellery, watches and horological and chronometric instruments, household accessories, and home items in class 035. |
|---|---|---|

IT IS HEREBY ORDERED THAT:

1. Defendant shall pay Tommy Hilfiger $100,000 (one hundred thousand dollars) in damages.

2. The parties shall comply with the terms of the settlement agreement entered into on November 20, 2020 ("Settlement Agreement").

3. This Consent Judgment shall be binding upon the parties, as well as upon their respective successors, assigns, subsidiaries, and divisions, and any others acting in concert or participation with them.

4. The parties agree that this Court shall retain jurisdiction over these parties and this dispute for the purpose of enforcing this Consent Judgment and the Settlement Agreement.

5. Each party shall bear its own attorney's fees and costs.

DATED: December 7, 2020

_____
Virginia M. Kendall
United States District Judge

STIPULATED AND AGREED TO:

Respectfully submitted this 23rd day of November 2020.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Tommy Hilfiger Licensing LLC*