IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>JO KIAN D/B/A RETAIL FASHION OUTLET,<br><br>           Defendant. | Case No. 20-cv-01342<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF FILING

WHEREAS, a judgment was entered in the above action on December 7, 2020 [47], in favor of Plaintiff Tommy Hilfiger Licensing LLC ("Tommy Hilfiger") and against the Defendant Jo Kian d/b/a Retail Fashion Outlet ("Defendant" or "Retail Fashion") in the amount of one hundred thousand dollars ($100,000), and Tommy Hilfiger acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the Defendant.

THEREFORE, full and complete satisfaction of said judgment as to Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 12th day of November 2021.                Respectfully submitted

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Tommy Hilfiger Licensing LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of November 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and send a copy to Defendant's attorney, who has not filed an appearance in this matter.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Tommy Hilfiger Licensing LLC*